USDC SCAN INDEX SHEET










```
ELC    11/9/98    15:23
3:98-M -02760   USA V. CUNNINGHAM
*1*
*CRCMP.*
```

FILED

98 OCT 20 AM 11: 10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'98 mg 2760

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. |
| | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| | ) | |
| KEVIN ORVILLE CUNNINGHAM (1), | ) | 21 U.S.C. §§ 846 and |
| BRIGETTE MONIQUE BURNS (2), | ) | 841(a)(1) - Conspiracy |
| SHONDO BURNS (3), | ) | to Distribute Marijuana |
| DEWEY STOWE (4), | ) | |
|   aka Dee, | ) | |

The undersigned complainant being duly sworn states:

Beginning at a date unknown and continuing up to and including October 20, 1998, within the Southern District of California, defendants KEVIN ORVILLE CUNNINGHAM, BRIGETTE MONIQUE BURNS, SHONDO BURNS, and DEWEY STOWE, aka Dee, did knowingly and willfully combine, conspire, and agree together and with other persons known and unknown to commit offenses against the United States, namely, to knowingly and intentionally distribute marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

MICHAEL J. MESSIER
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence, Oct. 20, 1998.

HONORABLE RUBEN B. BROOKS
United States Magistrate Judge



## Statement of Facts

I, Michael J. Messier, being duly sworn, state the following:

1. I have been employed with the DEA as a Special Agent since May, 1995 and am currently assigned to the DEA Carlsbad Resident Office of the San Diego Field Division. This statement of facts is made in support of a sealed complaint and arrest warrant for Kevin Orville Cunningham; Brigette Monique Burns; Shondo Burns; and Dewey Stowe, aka Dee for the charge of conspiracy to distribute marijuana in violation of Title 21, U.S.C., Sections 841 (a)(1) and 846.

2. In May 1997, I interviewed a Confidential Informant (CI) who related that Brigette Burns maintained a stash house at 9830 Dale Avenue, Apt. #65, Spring Valley, CA for the purpose of packaging marijuana for further distribution to the Cleveland, OH area.

3. During a subsequent interview with the same CI, the CI informed me that Brigette Burns, Kevin Cunningham, Shondo Burns, and Dewey Stowe, aka Dee, provided the CI marijuana on two separate occasions at the end of 1996 and on a third occasion in January 1997. The CI, along with other couriers, transported the marijuana via commercial airlines at Cunningham's and Burns' direction from San Diego, CA to Cleveland, OH for further distribution. The CI related that on different occasions, Dewey Stowe and Shondo Burns drove the CI and other couriers from 9830 Dale Ave., apt #65 to the airport with suitcases containing marijuana. Cunningham paid the CI expense money before traveling to Cleveland. The CI received the balance of payment for transporting the marijuana once the marijuana was delivered to Cleveland. The CI identified Anthony Daniels, aka Tony, as one of the individuals that received the marijuana in Cleveland.

4. During an interview with Anthony Daniels, Daniels related that Cunningham was the person in San Diego who was responsible for sending the marijuana to him in Cleveland, OH. Daniels went on to relate that Brigette Burns assisted Cunningham in distributing marijuana from San Diego. According to Daniels, Brigette Burns would also provide the couriers flight information for their travels to Cleveland where they would deliver the marijuana to Daniels.

5. Daniels informed me that on four or five occasions, from February, 1997 to May 1997, he received marijuana from Dewey Stowe, aka Dee, who transported marijuana originally supplied by Cunningham in a truck from San Diego to Cleveland, OH. Daniels stated that Stowe delivered to him anywhere from 150 pounds to 500 pounds of marijuana on each trip and that he or Cunningham paid Stowe to transport the marijuana.

_____
Michael J. Messier DEA S/A


Subscribed and sworn to me on October 20 ,1998


_____
Honorable Ruben B. Brooks
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.                                                        **WARRANT FOR ARREST**

DEWEY STOWE
aka Dee                                                   '98 mg 2760

                                                          CASE NUMBER:

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   <u>DEWEY STOWE, aka Dee</u>
                                                          Name

and bring him forthwith to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with (brief description of offense)

Conspiracy to Distribute a Controlled Substance

in violation of Title _21_ United States Code, Section(s) _841_

RUBEN B. BROOKS
U.S. MAGISTRATE JUDGE

| Name of Issuing Officer | Title of Issuing Officer |
|---|---|
| /s/ Ruben Brooks | 10/21/98  San Diego, Calif |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _to be determined_     by /s/ Ruben B. Brooks (SEAL)
                                          Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**WARRANT FOR ARREST**

SHONDO BURNS

CASE NUMBER: '98 mg 2760

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   SHONDO BURNS
                                     *Name*

and bring him forthwith to the nearest magistrate to answer a(n)

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him with *(brief description of offense)*

Conspiracy to Distribute a Controlled Substance

in violation of Title _21_ United States Code, Section(s): _841(a)(1) and 846_

| RUBEN B. BROOKS | RUBEN B. BROOKS |
| U.S. MAGISTRATE JUDGE | U.S. MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | 10/20/98  San Diego, Calif. |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _to be determined_   by _[signature]_
                                        Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.                                                           **WARRANT FOR ARREST**

BRIGETTE MONIQUE BURNS

CASE NUMBER: '98 mg 2760

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   BRIGETTE MONIQUE BURNS
                                                                *Name*

and bring her forthwith to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging her with *(brief description of offense)*

Conspiracy to Distribute a Controlled Substance

in violation of Title  21  United States Code, Section(s)  841(a)(1) and 846

RUBEN B. BROOKS                              RUBEN B. BROOKS
U.S. MAGISTRATE JUDGE                        U.S. MAGISTRATE JUDGE

Name of Issuing Officer                       Title of Issuing Officer

/s/ Ruben Brooks                              10/20/98 at San Diego, Calif.
Signature of Issuing Officer                  Date and Location

Bail Fixed at $ to be determined    by  /s/ Ruben B. Brooks
                                        Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ||| 
| **DATE RECEIVED** | **NAME AND TITLE OF ARRESTING OFFICER** | **SIGNATURE OF ARRESTING OFFICER** |
| **DATE OF ARREST** | | |

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

V.

**WARRANT FOR ARREST**

KEVIN ORVILLE CUNNINGHAM

CASE NUMBER:

**'98 mg 2760**

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST   KEVIN ORVILLE CUNNINHAM
                                      Name

and bring him forthwith to the nearest magistrate to answer a(n)

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging him with (brief description of offense)

Conspiracy to Distribute a Controlled Substance

in violation of Title 21, United States Code, Section(s) __841(a)(1) and 846__

RUBEN B. BROOKS
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

RUBEN B. BROOKS
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

10/20/98 at San Diego, Calif.
Date and Location

Bail Fixed at $ _to be determined_  by _[signature]_
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
|  |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST |  |  |